# Roberts *v.* Taylor.

*Appeal from Order granting Appeal.*

1. *When appeal lies.*—An appeal does not lie, at the instance of a register in chancery, from an order of the chancellor, granting an appeal to a married woman without security for costs (Code, § 3930), and directing the register to prepare and send up the transcript.

APPEAL from the Chancery Court of Pike.
Heard before the Hon. H. AUSTILL.

[Roberts v. Taylor.]

The transcript in this case shows that, on the 19th July, 1877, a petition was presented to the chancellor by Mrs. Harriet Taylor and Mrs. Sarah E. Thurman, alleging that they, with others, were defendants in a suit pending in said Chancery Court, at the suit of W. W. Tate, the object of which was the foreclosure of a mortgage ; that a decree was rendered in said suit, during the June term, 1877, in favor of the complainant in the bill ; that they, the petitioners, were married women, and were shown to be so by the record in said cause ; that the lands involved in the suit constituted a part of their statutory separate estates, they being children of the mortgagor ; that they desired to appeal from said decree, but were unable to give security for the costs ; that they made affidavit of that fact before the register, and that he refused to grant them an appeal ; and they therefore prayed " an order to said register, to compel him to grant said appeal, and to make out a transcript of the entire record and proceedings in said cause, so that the decree there rendered may be reviewed by the Supreme Court." An answer to the petition was filed by the register, denying that the petitioners had any interest in the property, and alleging that the other defendants in the decree refused to give security for the costs of an appeal. Thereupon, the chancellor made an order, which, after reciting the facts, thus proceeds : " It is therefore ordered that said petitioners, as such married women, are entitled to an appeal to the Supreme Court from the said decree ; and the register of this court is ordered to grant said appeal, and to send up to the Supreme Court a transcript of the record and proceedings in said cause, duly certified as the law requires. It is further ordered that this appeal is not granted in the name of the other respondents, who are adults, and are not married women, and have not given security for costs, or bond for appeal, but the same is granted to the petitioners, and to none others. But it is further ordered, that the other respondents may join in such appeal, by giving security for the costs, as the statute requires." The register appeals from this order, and here assigns it as error ; and there is a joinder in error on the part of the appellees.

W. D. ROBERTS, for appellant.

J. E. P. FLOURNOY, contra.

PER CURIAM.—The order of the chancellor in this case, being simply a direction to the register to grant an appeal, and to prepare a transcript for this court, cannot be the subject of an appeal by the register. The appeal is dismissed.